1 | DAVID A. ROSENFELD, Bar No. 058163
2 | LISL R. DUNCAN, Bar No. 261875
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3 | 1001 Marina Village Parkway, Suite 200                    **MADE JS-6**
Alameda, California 94501
4 | Telephone  (510) 337-1001
Fax  (510) 337-1023
5 | E-Mail:  lduncan@unioncounsel.net

6 | Attorneys for Defendant
INTERNATIONAL ASSOCIATION OF MACHINISTS
7 | AND AEROSPACE WORKERS

8 |                    UNITED STATES DISTRICT COURT

9 |                    CENTRAL DISTRICT OF CALIFORNIA

10 |                          WESTERN DIVISION

11 |

12 | DAVID DEFRANCIS, an individual,          No. CV 11-5310-GW(MANx)

13 |                    Plaintiff,           **ORDER OF DISMISSAL WITH PREJUDICE OF LAWSUIT AGAINST INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, DISTRICT LODGE 725**

14 |           v.

15 | LOCKHEED MARTIN
AERONAUTICS COMPANY;
16 | INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
17 | WORKERS; DOES 1 through 100,            Judge:     Hon. George Wu
inclusive,
18 |

19 |                    Defendants.

20 |

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-entitled action as to Defendant International Association of Machinists and Aerospace Workers, AFL-CIO, District Lodge 725, is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a).  The parties are to bear their own costs and attorneys' fees.

Dated:  May 8, 2012

_____
HONORABLE GEORGE WU
United States District Judge

APPROVED AS TO FORM AND CONTENT:

Dated:  April    , 2012                    SHANANDER THOMS, LLP

By:  _____
           DEANE L. SHANANDER

Attorneys for Plaintiff
DAVID DeFRANCIS

Dated:  April    , 2012                    WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation

By:  _____
           LISL R. DUNCAN

Attorneys for Defendant
INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS

128375/662280

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

[PROPOSED] ORDER OF DISMISSAL W/PREJUDICE OF LAWSUIT AGAINST INT'L ASSOC OF
MACHINISTS & AEROSPACE WORKERS, AFL-CIO, DIST L. 725  CASE NO. CV-11-5310 GW (MANX)